

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| CIRO MONTANO, | § | |
| Appellant, | § | No. 08-21-00061-CR |
| v. | § | Appeal from the |
| THE STATE OF TEXAS, | § | 143rd District Court |
| Appellee. | § | of Reeves County, Texas |
| | § | (TC# 13-02-07743-CRR) |
| | § | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes the appeal should be dismissed for want of jurisdiction. We therefore dismiss the appeal for want of jurisdiction. We further order this decision be certified below for observance.

IT IS SO ORDERED THIS 7TH DAY OF JULY, 2021.

GINA M. PALAFOX, Justice

Before Rodriguez, C.J., Palafox, and Alley, JJ.